**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., | Civil Action No: 6:20-cv-01201-ADA |
| Plaintiffs, | |
| v. | |
| NEXTIER COMPLETION SOLUTIONS INC. | |
| Defendant. | |
| NEXTIER COMPLETION SOLUTIONS INC., | Civil Action No. 6:21-cv-01017-ADA |
| Plaintiff, | |
| v. | |
| DYNAENERGETICS EUROPE GMBH ET AL, | |
| Defendants. | |

## JOINT MOTION FOR CONSOLIDATION

NOW COME DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. and NexTier Completion Solutions Inc. (collectively, "the Parties") in the above captioned cases, and file this motion for consolidation and in support would respectfully show the Court as follows:

I.

The Parties move to consolidate 6:20-cv-01201-ADA *DynaEnergetics Europe GmbH et al v. NexTier Completion Solutions Inc.* (hereinafter referred to as the "-1201 Case") and 6:21-cv-01017-ADA *NexTier Completion Solutions Inc. v. DynaEnergetics Europe GmbH et al*

(hereinafter referred to as the "-1017 Case") for all purposes, including through trial and any appeals, and to align the schedules in the two cases pursuant to the existing Proposed Scheduling Order, Dkt. No. 44, in the -1201 Case.

II.

Judge Rosenthal's Order granting the Parties' Unopposed Motion to Lift Stay and Transfer Case to Western District of Texas on October 1, 2021, Dkt. No. 42, in the -1017 Case demonstrates that both the Court and the Parties intend that the transfer of the -1017 Case result in consolidation of that action with the action pending before Judge Albright in *DynaEnergetics Europe GmbH et al v. NexTier Completion Solutions, Inc.*, No. 6:20-cv-1201 (W.D. Tex)).

WHEREFORE, the Parties, move for an order consolidating these cases for all purposes, through trial and any appeals.

Dated: October 13, 2021

Respectfully submitted,

By: */s/Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Stephanie M. Nguyen (*pro hac vice*)
DC Bar No. 1046300
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830

Email: Barry.Herman@wbd-us.com
Telephone: (410) 545-5873
Email: Stephanie.Nguyen@wbd-us.com
Telephone: (410) 545-5802
Email: Julie.Giardina@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
John G. Perry (*pro hac vice*)
Georgia Bar No. 141609
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com
Email: John.Perry@wbd-us.com

Lisa J. Moyles (*pro hac vice*)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice*)
New York Bar No. 4450953
Jason D. Radachy (*pro hac vice*)
Connecticut State Bar No. 426670
MOYLES IP, LLC
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com
Email: jradacy@moylesip.com

**Attorneys for DynaEnergetics Europe GmbH
and DynaEnergetics US, Inc.**


/s/ *Amir Alavi*
Amir Alavi
State Bar No. 00793239
Demetrios Anaipakos
State Bar No. 00793258
Michael McBride
State Bar No. 24065700
Steven Jugle
State Bar No. 24083280
Joshua Wyde
State Bar No. 24060858

Louis Liao
State Bar No. 24109471
Colin Phillips
State Bar No. 24105937
Ahmad, Zavitsanos, Anaipakos, Alavi &
Mensing, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
(713) 655-0062
aalavi@azalaw.com
danaipakos@azalaw.com
mmcbride@azalaw.com
sjugle@azalaw.com
jwyde@azalaw.com
lliao@azalaw.com
cphillips@azalaw.com

***Attorneys for NexTier Completion Solutions, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 13, 2021.

*/s/ Eric H. Findlay*
Eric H. Findlay

4